UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
SEP 3 0 1996
DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NC. CAR.

IN RE STUCCO LITIGATION

Master File No. 5-96-CV-287-BR(2)

THIS DOCUMENT RELATES TO:

ALL CASES

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, by their attorneys, hereby move the Court for class certification pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

Plaintiffs seek to represent a class consisting of all persons in the United States who have an ownership interest in a house or other residential structure with Exterior Insulation and Finish System ("EIFS") cladding manufactured and/or distributed by Dryvit Systems, Inc; STO Corporation; Thoro System Products, Inc.; Parex, Inc.; Synergy, Inc.; United States Gypsum Company; Finestone Corporation a/k/a Anthony Industries, Inc.; Continental Stucco Products; Pleko Southeast, Inc.; Shield Industries, Inc.; European Stucco; and Thomas Waterproof Coatings Co. (collectively, the "Defendants") and installed during the January 1, 1986 through December 31, 1995 class period. Included in this class are the following subclasses:

1)    <u>Negligence Subclass</u>: All persons in the United States, excluding residents of Louisana, New Jersey, Ohio, Washington, Alabama, New York and Virginia, who have an ownership interest in a house or other residential structure with EIFS cladding manufactured and/or distributed by any of the Defendants;

2) <u>Unfair and Deceptive Trade Practices Subclass</u>: All persons in the United States, excluding residents of Arizona, Georgia, Indiana and Wyoming, who have an ownership interest in a house or other residential structure with EIFS cladding manufactured and/or distributed by any of the Defendants;

3) <u>Implied Warranty of Fitness Subclass</u>: All persons in the United States, excluding residents of Alabama, Arizona, Florida, Idaho, Indiana, Iowa, Kentucky, New York, Washington and Wisconsin, who have an ownership interest in a house with EIFS cladding manufactured and/or distributed by any of the Defendants;

4) <u>Express Warranty Subclass</u>: All persons in the United States, excluding residents of Louisiana, who have an ownership interest in a house with EIFS cladding manufactured and/or distributed by any of the Defendants; and

5) <u>Punitive Damages Subclass</u>: All persons in the United States, excluding residents of Louisiana, Massachusetts, Nebraska, New Hampshire and Washington, who have an ownership interest in a house with EIFS cladding manufactured and/or distributed by any of the Defendants.

In support of their motion, Plaintiffs rely upon the accompanying memorandum of law and appendix thereto, which is incorporated by reference as if fully set forth herein.

Dated: September 30, 1996

2

Respectfully submitted:

LAW OFFICES OF MARVIN K. BLOUNT, JR.

By: *Marvin K. Blount, Jr.*
Marvin K. Blount, Jr., Esq.
400 West First Street
P.O. Drawer 58
Greenville, NC 27835
(919) 752-6000

DOFFERMYRE SHIELDS CANFIELD
 KNOWLES & DEVINE

By: *Everette L. Doffermyre*
Everette L. Doffermyre, Esq.
1355 Peachtree Street
Suite 1600
Atlanta, GA 30309
(404) 881-8900

Plaintiffs' Co-Lead Counsel

Charles Blanchard, Esq.
BLANCHARD, JENKINS & MILLER
3600 Glenwood Avenue
Suite 103
Raleigh, NC 27612
(919) 787-1631

Plaintiffs' Liaison Counsel

William Audet, Esq.
ALEXANDER, RAPAZZINI & GRAHAM
55 S. Market Street
Suite 1080
P.O. Box 1330
San Jose, CA 95109-1330
(408) 289-1776

3

Gary E. Mason, Esq.
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

Michael A. Worel, Esq.
CUNNINGHAM, BOUNDS, YANCE,
 CROWDER & BROWN
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36660
(334) 471-6191

Steve W. Berman, Esq.
HAGENS & BERMAN, P.S.
1301 Fifth Avenue, Suite 2929
Seattle, Washington 98101
(206) 623-7292

Samuel Heins, Esq.
HEINS, MILLS & OLSON
700 Northstar East
608 2nd Avenue
Minneapolis, MN 55402
(612) 338-4605

Joseph McLeod, Esq.
THE MCLEOD LAW FIRM, P.A.
705 First Citizen Bank Bldg.
109 Green Street
P.O. Box 1539
Fayetteville, NC 28302
(910) 323-1425

Plaintiffs' Steering Committee

4

Elizabeth Cabraser, Esq.
Kelly M. Dermody. Esq.
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcardo Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000

Laura Shamp, Esq.
BROWN & SHAMP
230 Peachtree Street
Suite 1501
Atlanta, GA 30303
(404) 893-9400

Gordon Ball, Esq.
LAW OFFICES OF GORDON BALL
550 West Main Avenue
Suite 750, NationsBank Center
Knoxville, TN 37902
(423) 525-7028

Joel Rhine
LEA, CLYBURN & RHINE
8 South 7th Street
Wilmington, North Carolina 28401
(910) 772-9960

Richard T. Dorman
McRIGHT, JACKSON, DORMAN,
MYRICK & MOORE
1100 First Alabama Bank Building
106 St. Francis Street
Mobile, Alabama 36652
(334) 432-3450

Auley M. Crouch, III
BLOCK, CROUCH, KEETER & HUFFMAN
202 North Third Street
Post Office Box 4
Wilmington, North Carolina 28401
(910) 762-0595

Additional Counsel for Plaintiffs

6