UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA



```
*************************************
PRO CON INC.,                        *
                                     *
      Plaintiff                      *
                                     *
v.                                   *    Master File No. 5:96-CV-287-BR(2)
                                     *    Individual File No. 5:04-CV-945-BR
LV CONSTRUCTION COMPANY, INC.,       *
      Defendant and Third Party      *
            Plaintiff                *
                                     *
v.                                   *
                                     *
LaVALLEY BUILDING SUPPLY, INC.       *
      Third Party Defendant          *
                                     *
*************************************
```

## THIRD-PARTY DEFENDANT LAVALLEY BUILDING SUPPLY, INC.'S CROSS-CLAIM AGAINST MI HOME PRODUCTS, INC.

NOW COMES third-party defendant, LaValley Building Supply, Inc. ("LaValley"), by and through its attorneys, Desmarais, Ewing & Johnston, PLLC, and cross-claims against defendant, MI Home Products, Inc., stating as follows:

### CROSS-CLAIM AGAINST DEFENDANT MI HOME PRODUCTS, INC.

1. Upon information and belief, MI Home Products, Inc. ("MI Home Products") is a corporation organized under the laws of California with a principal place of business at 650 West Market Street, Gratz, PA 17030. Through its division, Capital Windows and Doors, MI Home Products is a manufacturer of aluminum windows for commercial building markets.

2. LaValley is a New Hampshire corporation and retailer of building supplies/products. LaValley was made a third-party defendant to this action by LV Construction

Company, LLC ("LV Construction"), whereby LV Construction alleges that LaValley sold/supplied windows that were installed at the Courtyard by Marriott in Natick, Massachusetts. LV Construction further alleges that LaValley is liable for alleged water infiltration and resultant damage.

3. LV Construction has brought claims for contribution, equitable contribution-guaranties, and equitable contribution-indemnity for alleged damages relating to the window installations, which claims are denied by LaValley.

4. The subject windows at the Natick, Massachusetts Courtyard by Marriott were designed, manufactured and/or supplied by MI Home Products and/or its division, Capital Windows and Doors.

## COUNT I – INDEMNITY

5. Paragraphs 1 through 4 are incorporated by reference and made a part of Count I.

6. The windows sold by LaValley for use at the Courtyard Marriott Hotel in Natick, Massachusetts were designed, manufactured, warrantied, and/or installed by MI Home Products and/or its division, Capital Windows and Doors, and were not designed, manufactured, modified or installed by LaValley.

7. MI Home Products and/or its division, Capital Windows and Doors, is expressly and/or impliedly obligated to defend and indemnify LaValley for any defects in the design, manufacturing, modification or installation of the windows at the Courtyard by Marriott in Natick, Massachusetts.

8. To the extent that windows sold by LaValley and installed at the Courtyard by Marriott in Natick, Massachusetts, contained a design or manufacturing defect, or were improperly modified or installed by MI Home Products and/or its division, Capital Windows and

Doors, and LaValley is liable to LV Construction, or any other person or entity for said defective condition or improper installation or modifications, LaValley is entitled to express and/or implied indemnity from MI Home Products and/or its division, Capital Windows and Doors, for all damages arising from said defects or improper installation or modifications

WHEREFORE, LaValley demands judgment against MI Home Products and/or its division, Capital Windows and Doors, for the full amount of LaValley's share of any damages incurred at the Courtyard by Marriott in Natick, Massachusetts, and for costs, interest and attorney's fees.

## COUNT II – CONTRIBUTION - JOINT LIABILITY IN TORT

9. Paragraphs 1 through 8 are incorporated by reference and made a part of Count II.

10. Although LaValley denies that it is in any way negligent or otherwise liable to LV Construction for any damages incurred as a result of LaValley's sale of the subject windows installed at the Courtyard by Marriott in Natick, Massachusetts, if LaValley is liable to LV Construction in tort, which LaValley expressly denies, then MI Home Products and/or its division, Capital Windows and Doors, is jointly liable in tort for the damage suffered by LV Construction and LaValley is entitled to contribution from MI Home Products and/or its division, Capital Windows and Doors.

WHEREFORE, LaValley demands judgment against MI Home Products or its division, Capital Windows and Doors, for the full amount of MI Home Products and/or Capital Windows and Doors' pro rata share of the entire liability to LV Construction, together with interest and costs.

## JURY TRIAL DEMANDED

Respectfully submitted,

LAVALLEY BUILDING SUPPLY, INC.

By Its Attorneys,

DESMARAIS, EWING & JOHNSTON, PLLC

Dated: 4/25/05

By: _____
Brett J. Harpster MA Bar No. 629146
175 Canal Street
Manchester, NH 03101
(603) 623-5524

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Third-Party Defendant LaValley Building Supply, Inc.'s Cross-Claim Against MI Home Products, Inc. was this day forwarded to counsel of record (see attached Service List).

_____
Brett J. Harpster

# SERVICE LIST

| | |
|---|---|
| For Pro Con, Inc.:<br>James E. Harvey, Jr.<br>O'Malley and Harvey, LLP<br>Two Oliver Street<br>Ninth Floor<br>Boston, MA 02108-4908 | For Dryvit:<br>Mark W. Freel<br>Edwards & Angell<br>2800 Financial Plaza<br>Providence, RI 02903 |
| For Sto Corp:<br>James M. Campbell<br>Kathleen M. Guilfoyle<br>Nicholas Kosiavelon<br>Christopher R. Howe<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Plaza<br>Boston, MA 02129 | For Pelletier's Building Supply Co., Inc.:<br>David A. White<br>Marc J. Tassone<br>Davis, White & Sullivan, LLC<br>One Longfellow Place<br>Suite 3609<br>Boston, MA 02114 |
| Robert P. Snell<br>Law Offices of Thomas M. Niarchos<br>100 Summer Street<br>Suite 201<br>Boston, MA 02110 | Marvin K. Blount, Jr.<br>Blount Law Firm<br>P.O. Drawer 58<br>400 West First Street<br>Greenville, NC 27834 |
| W. Andrew Copenhaver<br>Womble, Carlyle, Sandridge & Rice<br>P.O. Drawer 84<br>Winston-Salem, NC 27102 | Everette L. Doffermyre<br>Doffermyre, Shields, Canfield, Knowles & Devine<br>1355 Peachtree Street<br>Suite 1600<br>Atlanta, GA 30309 |
| H. Arthur Edge III<br>Edge & Collins, P.C.<br>505 North 20th Street<br>Financial Center, Suite 1111<br>Birmingham, AL 35203 | Gary K. Shipman<br>Shipman & Associates, LLP<br>11 South Fifth Avenue<br>Wilmington, NC 28401 |
| For Bootz, Inc.:<br>John J. Jarosak, Esq.<br>Litchfield Cavo<br>6 Kimball Lane, Squire 110<br>Lynnfield, MA 01940 | William Burke, Esq.<br>Burke, McMenimen & Payton, P.C.<br>35 India Street<br>Boston, MA 02110 |

| | |
|---|---|
| For A&M Roofing and Sheetmetal Co. Inc.:<br>James W. Murphy, Esq.<br>P.O. Box 1327<br>Sherborn, MA 01770 | For All Temp HVAC Corporation:<br>George R. Moore, Esq.<br>Devine, Millimet & Branch, P.A.<br>111 Amherst Street<br>Manchester, NH 03101 |
| President or Chief Financial Officer<br>Apex Metal Roofing<br>39 Eastern Ave.<br>Northampton, MA 01060 | For Greenwood Industries, Inc.<br>Warren H. Brodie, Esq.<br>40 Grove Street, Suite 220<br>Wellesley, MA 02482-7702 |
| For Excel Mechanical, Inc.:<br>Christopher B. Betke<br>Ryan, Coughlin & Betke, LLP<br>175 Federal Street<br>Boston, MA 02110 | For Lemco, Inc.:<br>Bruce R. Fox, Esq.<br>Nicholle R. Proulx, Esq.<br>27B Midstate Office Park<br>Auburn, MA 01501 |
| For Prime Roofing Corp.:<br>Terrance J. Hamilton<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 | William L. Keville, Jr., Esq.<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02109-1775 |
| For Quality Insulation, Inc.:<br>Sean Lowery<br>Risk Manager<br>Masco<br>612 River Road<br>Fairhaven, NJ 07704 | For MI Home Products, Inc.:<br>Ralph J. Cafarelli, Esq.<br>Black, Cetkovic & Whitestone<br>200 Berkley Street<br>Boston, MA 02116 |
| For General Electric Company:<br>David A. Barry, Esq.<br>John G. O'Neill, Esq.<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114-4737 | |