FILED

JUL 18 1997

DAVID W. DANIEL CLERK
U.S. DISTRICT COURT
E DIST NO CAR

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

---

IN RE STUCCO LITIGATION

Civil No. 5-96-CV-287-BR(2)

---

THIS DOCUMENT RELATES TO:
ALL CASES

---

### DEFENDANT U.S. GYPSUM'S SUPPLEMENTAL MEMORANDUM REGARDING CLASS CERTIFICATION

Defendant U.S. Gypsum (hereinafter "USG") notes the arguments submitted by the other defendants that the prerequisites for certification of a litigation class have not been met by the plaintiffs. Without belaboring those arguments in this brief, USG would merely take this opportunity to inform the Court that settlement discussions between USG and the plaintiffs are ongoing and both sides remain hopeful that an agreement will be reached soon. Thus, it remains possible that the plaintiffs and USG may approach this Court in the future seeking certification of a settlement class.

In light of Amchem Products, Inc. v. Windsor, 1997 WL 345149 at *17 (June 25, 1997), in which the United States Supreme Court specifically determined that, "settlement is relevant to class certification," USG would suggest that this Court might wish to refrain from a determination, at this time, whether the proposed class could be certified as a settlement class. It is indeed conceivable that the prerequisites for certification of a settlement class might be met by the plaintiffs as against USG. Certainly if settlement is reached, counsel for plaintiffs and USG

will submit to the Court detailed briefing in support of settlement class certification.

Because it is possible that a settlement class against USG, and perhaps other defendants, could achieve economies of time, effort, and expense, and promote uniformity of decisions as to persons similarly situated, without sacrificing procedural fairness or bringing about undesirable results, Defendant USG respectfully requests this Court refrain from a determination whether the proposed class could be certified as a settlement class.

Respectfully submitted,

Dated: 7/17/97

James B. Pressly, Jr., Fed. ID #3147
Moffatt G. McDonald, Fed. ID #2805
HAYNSWORTH, MARION, McKAY
& GUÉRARD, L.L.P.
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Defendant United States Gypsum Company

G:\DOC\WDC\4542-10.MEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil No. 5-96-CV-287-BR(2)

IN RE STUCCO LITIGATION

THIS DOCUMENT RELATES TO:  **CERTIFICATE OF SERVICE**
ALL CASES:

This is to certify that a copy of the foregoing DEFENDANT U.S. GYPSUM COMPANY'S SUPPLEMENTAL MEMORANDUM REGARDING CLASS CERTIFICATION was served in the above-referenced case by depositing a copy of said document in the United States Mail, postage prepaid, on this the 17th day of July, 1997, addressed to each of the following persons as follows:

Marvin K. Blount, Jr., Esq.
LAW OFFICES OF MARVIN K. BLOUNT, JR.
400 West First Street
Greenville, NC 27835

Everette L. Doffermyre, Esq.
DOFFERMYRE, SHIELDS, CANFIELD,
KNOWLES & DEVINE
1600 The Peachtree
1355 Peachtree Street
Atlanta, GA 30309

Charles F. Blanchard, Esq.
BLANCHARD, JENKINS & MILLER, P.A.
3600 Glenwood Avenue, Suite 103
Raleigh, NC 27612

William M. Audet, Esq.
The Alexander Law Firm
55 South Market Street
Suite 1080
San Jose, California 95113

W. Andrew Copenhaver, Esq.
WOMBLE, CARLYLE, SANDRIDGE ETC.
1600 Southern National
Financial Center
P. O. Box 84
Winston-Salem, NC 27102
Attorneys for STO Corp., Dryvit
Systems, Inc., Parex, Inc.,
Senergy, Inc. and Thoro Systems
Products, Inc.

Stuart L. Egerton, Esq.
PATTERSON, DILTHEY, CLAY ETC.
116 Princess Street
P. O. Box 2258
Wilmington, NC 28402-2258
Attorney for Continental Stucco
Products

Donald Britt, Jr., Esq.
The Law Firm of Donald Britt
20 South Fifth Avenue
Wilmington, NC 28401
Attorneys for Thomas Waterproof
Coatings Co.

Steven W. Ouzts, Esq.
TURNER, PADGET, GRAHAM & LANEY
NationsBank Plaza
17th Floor, 1901 Main Street
P. O. Box 1473
Columbia, SC 29202
Attorneys for Parex, Inc.

Rodney A. Dean, Esq.
DEAN & GIBSON
Cameron Brown Building,
Suite 402
301 South McDowell Street
Charlotte, NC 28204-2686
Attorneys for Omega Products
Corporation

Robert Bryan Barnes, Esq.
ROGERS, TOWNSEND & THOMAS, P.C.
P. O. Box 100200
Columbia, SC 29202-3200
Attorneys for Pleko Products

Edward M. Woodward, Jr., Esq.
WOODWARD, COTHRAN & HERNDON
1300 Sumter Street
P. O. Box 12399
Columbia, SC 29211
Attorneys for Fineston

Susan Burkhart, Esq.
CRANFIELD, SUMNER & HARTZOG
Hillsborough Place
225 Hillsborough Street
Suite 300
P. O. Box 27808
Raleigh, NC 27611

*/s/ Lynn Searl*
Lynn Searl, Legal Secretary
HAYNSWORTH, MARION, McKAY
& GUÉRARD, L.L.P
P. O. Box 2048
Greenville, SC 29602
(864) 240-3200

Case 5:96-cv-00287-BR   Document 185   Filed 07/18/97   Page 3 of 3