5:96-cv-287-BR

**Inasmuch as no objection is pending at this time, the stay is lifted.**

NOV 2 2 1999

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
DEC - 1 1999
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP. CLERK

NOV -4 1999

FILED
CLERK'S OFFICE

DOCKET NO. 1132

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE EXTERIOR INSULATION FINISH SYSTEM (EIFS) PRODUCTS LIABILITY LITIGATION*

Bates v. Dryvit Systems, Inc., N.D. Alabama, C.A. No. 2:99-2768
Lesko, Sr., et al. v. Parex, Inc., et al., D. New Jersey, C.A. No. 2:99-4351

## CONDITIONAL TRANSFER ORDER (CTO-11)

On October 4, 1996, the Panel transferred five civil actions to the United States District Court for the Eastern District of North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than ten additional actions have been transferred to the Eastern District of North Carolina. With the consent of that court, all such actions have been assigned to the Honorable W. Earl Britt.

It appears from the pleadings filed in the above-captioned actions that they involve questions of fact which are common to the actions previously transferred to the Eastern District of North Carolina and assigned to Judge Britt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10 (1998), the above-captioned actions are hereby transferred under 28 U.S.C. §1407 to the Eastern District of North Carolina for the reasons stated in the order of October 4, 1996, and, with the consent of that court, assigned to the Honorable W. Earl Britt.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of North Carolina. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

