

A CERTIFIED TRUE COPY

FEB 28 2001

ATTEST ~~Valon Bedlock~~
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

FILED
3/5/01
DAVID W. DANIEL
US DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 2 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 1132

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE EXTERIOR INSULATION FINISH SYSTEM (EIFS) PRODUCTS LIABILITY LITIGATION

*Ghiorso, et al. v. Dryvit Systems, Inc.*, E.D. North Carolina, C.A. No. 5:99-722
(D. Oregon, C.A. No. 3:98-1338)    5:96 CV-287-BR(2)

### CONDITIONAL REMAND ORDER

The transferee court in the above-captioned litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the above-captioned action assigned to it have been completed and that remand of the action to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the above-captioned action be remanded to the United States District Court for the District of Oregon.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 192 F.R.D. 459, 470-72 (2000), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of North Carolina.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of North Carolina with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 8 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck

Michael J. Beck
Clerk of the Panel

I certify the foregoing to be a true and correct
copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By DLL Hinson
Deputy Clerk

499