IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:01-CV-47-BR(4)

**FILED**

JAN 21 2003

DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY _____
DEP. CLERK

| | |
|---|---|
| CLINT D. ROUTSON, )<br><br>Plaintiff, )<br><br>v. )<br><br>DRYVIT SYSTEMS, INC., )<br>A Rhode Island Corporation, )<br><br>Defendant/ )<br>Third-Party Plaintiff, )<br><br>v. )<br><br>HUTCHESON BUILDERS, INC., )<br>A North Carolina Corporation, )<br><br>Third-Party Defendant. ) | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that all claims in this action are dismissed with prejudice. Each party shall pay their own costs.

958

This the 17th day of January, 2002.

HUTCHESON BUILDERS, INC.
By and Through Its Attorneys
MARSHALL, WILLIAMS & GORHAM, L.L.P.

By: _____
John L. Coble
NC State Bar No. 12903
F. Murphy Averitt III
NC State Bar No. 26426
14 South Fifth Street/Post Office Drawer 2088
Wilmington, North Carolina 28402-2088
Tel: (910) 763-9891; Fax: (910) 343-8604


DRYVIT SYSTEMS, INC.
By and Through Its Attorneys
WOMBLE CARLYLE SANDRIDGE & RICE

By: _____
Jacqueline Terry
Post Office Box 13069
Research Triangle Park, North Carolina 27709